PMC: USAO 2016R00767

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC L. JOHNSON,<br><br>Defendant. | CRIMINAL NO. GLR-17-041<br><br>(Cyberstalking, 18 U.S.C. § 2261A(2)(B)) |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 JAN 25 PM 5: 10
CLERK'S OFFICE
AT BALTIMORE
BY ___ DEPUTY

## INDICTMENT

### COUNT ONE
(Cyberstalking)

The Grand Jury for the District of Maryland charges that:

From on or about December 2015, through on or about November 2016, in the District of Maryland and elsewhere, the defendant,

**ERIC L. JOHNSON,**

with the intent to injure, harass, and intimidate another person, to wit: Jane Doe 1, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce and any other facility of interstate and foreign commerce, including the internet and Facebook and Twitter, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Jane Doe 1.

18 U.S.C. § 2261A(2)(B)

Rod J. Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**
Foreperson

Date: January 25, 2017

1